Certiorari granted by Supreme Court, November 7, 2014
Dismissed by Supreme Court January 9, 2015

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1375

BOBBY CHEN,

Plaintiff – Appellant,

v.

MAYOR & CITY COUNCIL OF BALTIMORE; MICHAEL BRAVERMAN,
Department of Housing and Community Development of
Baltimore City; JEROME J. DORICH, JR., Department of
Housing and Community Development of Baltimore City;
WILLIAM BOLDEN, Department of Housing and Community
Development of Baltimore City; P&J CONTRACTING COMPANY,
INC.,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. George L. Russell, III, District Judge.
(1:11-cv-03227-GLR)

Submitted: November 4, 2013        Decided: November 12, 2013

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bobby Chen, Appellant Pro Se. Adam S. Levine, Steven John
Potter, BALTIMORE CITY LAW DEPARTMENT, Baltimore, Maryland;
Kristen Nichole Nesbitt, GOODELL DEVRIES LEECH & DANN, LLP,
Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby Chen appeals the district court's order dismissing the complaint in this action for failure to effect service of process. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Chen v. Mayor & City Council of Baltimore, No. 1:11-cv-03227-GLR (D. Md. Feb. 22, 2013). We deny the motion for appointment of counsel, grant leave to proceed in forma pauperis, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED